**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLIANCE GIRARD OWNER LLC,** *Plaintiff,* | : | |
| v. | : | **CIVIL NO. 25-6144** |
| **MARCUS TOCONITA et al.,** *Defendants.* | : | |

**ORDER**

**AND NOW**, this **23rd** day of **November, 2026,** upon consideration of Defendants' Motions to Dismiss (ECF Nos. 20, 23, 38, 39), Plaintiff's Responses in Opposition, Defendants' Replies in Support, the representations made at oral argument held on September 17, 2026, Plaintiff's Motion for Leave to File a Sur-Reply (ECF No. 60), and the Parties' briefs in response to the Court's Order requiring the Parties to Show Cause as to why this action should not be referred to arbitration, it is hereby **ORDERED** as follows:

1. The Court will not refer the matter to arbitration for the reasons discussed in the Parties' briefs.
2. Defendants' Motions to Dismiss (ECF Nos. 20, 23, 38, 39) are **GRANTED**. Plaintiff's Second Amended Complaint is dismissed with prejudice in its entirety for the reasons outlined in the accompanying Memorandum.
3. Plaintiff's Motion for Leave to File a Sur-Reply (ECF No. 60) is **DENIED AS MOOT**.
4. The Clerk of Court shall mark this case as **CLOSED**.

**BY THE COURT:**

Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**